FILED
2005 MAR 15 A 11: 05

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW T. OSINSKI | ) | |
| | ) | CIVIL ACTION NO. 3:04CV01993 (AWT) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JACK H. JACOBS, | ) | |
| | ) | |
| Defendant. | ) | March 14, 2005 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 (a) (1) (i) of the Federal Rules of Civil Procedure, the Plaintiff, Andrew T. Osinski, hereby files notice of the Plaintiff's intention to voluntarily dismiss his action against the Defendant, Jack H. Jacobs. The Plaintiff certifies that the Defendant has not answered the Complaint nor has either party moved for summary judgment.

THE PLAINTIFF,
ANDREW T. OSINSKI,

BY: _____
Scott M. Harrington/ct02482
DISERIO MARTIN O'CONNOR &
        CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
Phone: (203) 358-0800
Fax: (203) 348-2321

FILED
2005 MAR 22 P 10: 05
U.S. DISTRICT COURT
HARTFORD, CT.

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    3/22/05

04cv1993end19